■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MOHAMED HASSAN, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered July 2, 1976, convicting him of attempted burglary in the first degree, possession of burglar's tools and criminal possession of a weapon in the second degree, upon a jury verdict, and

imposing sentence. Judgment affirmed. This case is remitted to the Supreme Court, Kings County, for further proceedings pursuant to CPL 460.50 (subd 5). Defendant's conduct was sufficient to support a conviction of attempted burglary. With respect to the conviction of criminal possession of a weapon, the question of intent was for the jury and the intent could be inferred from all of the circumstances. Cohalan, Acting P. J., Hawkins, Suozzi and Mollen, JJ., concur.